# UNITED STATES DISTRICT COURT FOR THE _MIDDLE_ DISTRICT OF FLORIDA
## _JACKSONVILLE_ DIVISION

RECEIVED
UNION CORRECTIONAL INSTITUTION

FEB 06 2017

BY: _____
FOR MAILING

## § 2241 HABEAS CORPUS PETITION FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241 OR IN ACTIONS CHALLENGING REMOVAL PROCEEDINGS

_JOSEPH PEPIN_,

Inmate/Alien # _I03571, UNION CORRECTIONAL INSTITUTION, P.O. BOX 1000, RAIFORD FLORIDA (32083)_.

(Enter full name of Petitioner,
prison number or alien [A] number, if applicable,
AND address of place of confinement.)

2017 FEB -7 PM 1:03
FILED

vs.

CASE NO: _3:17-cv-149-J-34PDB_
(To be assigned by Clerk)

_SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONAL, et al._,

_____,

_____.

(Enter name and title of each Respondent.
If additional space is required, use the blank
area below and directly to the right.)

## ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM

## ANSWER ALL OF THE FOLLOWING:

1. This petition concerns (check where applicable):
   - (a). ☒ a conviction
   - (b). ☒ a sentence
   - (c). ☐ prison disciplinary action or other action resulting in lost gain time credits
   - (d). ☐ parole
   - (e). ☐ immigration/removal
   - (f). ☐ other (explain): _____

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

   (a). Name(s) and location(s) of court: SUWANNEE COUNTY, FLORIDA

   (b). Case Number(s): _____

   (c). Charge(s) for which you were convicted: LEWD ACT (COUNTS I AND III), SOLICITATION TO COMMIT SEXUAL BATTERY (COUNTS IV AND V) AND ATTEMPTED CAPITAL SEXUAL BATTERY (COUNT VI)

   (d). What was your plea? (Check one)
   - (1) Not Guilty ☒
   - (2) Guilty ☐
   - (3) Nolo contendere ☐

   (e). Did you appeal from the judgment of conviction?    Yes ☒    No ☐

3. If you did appeal, answer the following:

   (a) Name of Court: FIRST DISTRICT COURT OF APPEAL   Case #: _____

   (b) Result: PER CURIAM AFFIRMED NO WRITTEN OPINION

   (c) Date of opinion and mandate (citation, if known): JANUARY 16, 2002

4. Claims that challenge your conviction or imposition of sentence can only be raised by motion under 28 U.S.C. § 2255 unless the § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

   (a) Have you filed a motion under 28 U.S.C. § 2255?
       Yes ☐    No ☒
   If yes, please provide the case #, where filed, relevant date(s), and the results: _____

(b). Explain why the remedy under § 2255 was or is inadequate or ineffective: PETITIONER IS A STATE PRISONER § 2254 WAS INADEQUATE OR INEFFECTIVE TO TEST THE LEGALITY OF HIS DETENTION, FOR SENTENCING & CONVICTIONS BASED ON PURE BEGAY V. U.S. ERRORS (§ 2241).

5. Are you currently represented by counsel in this case or in any other court case?

   Yes ☐   No ☒
   If yes, please explain: _____

6. If this case concerns removal proceedings:
   (a) Date of final order of removal: _____

   (b) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☒

7. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

(a). Ground one: THE U.S. SUPREME COURT IN BEGAY, 553 U.S. 137 (2008) ESTABLISHED A RETROACTIVE RULE FOR CASES LIKE PETITIONERS CASE ON WHAT CONSTITUTES ILLEGAL ENHANCEMENT ON CONVICTION AND SENTENCE.

Supporting FACTS (state briefly without citing cases or law): ON MARCH 3, 2000, a jury found Petitioner guilty as charged on all six counts, however, counts (IV and V), and (count VI) are non-existing offenses - Petitioner is "actually innocence" of committing that enhanced his conviction and sentence to a (25) year prison sentence followed by a ten-year term of probation -

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☐   No ☒
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____

_____

3

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?   Yes ☐   No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

(b). Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

Exhaustion:

[1] - Have you presented ground two to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☐   No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground two to the Board of Immigration Appeals?   Yes ☐   No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

(c). Ground three: _____

4

Supporting FACTS (state *briefly* without citing cases or law): _____

_____
_____
_____
_____
_____

Exhaustion:
[1] - Have you presented ground three to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☐   No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____
_____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground three to the Board of Immigration Appeals?        Yes ☐        No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

(d). Ground four: _____

_____
_____
_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____
_____
_____
_____
_____
_____

Exhaustion:
[1] - Have you presented ground four to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☐   No ☒

5

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____/
_____/

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground four to the Board of Immigration Appeals?     Yes ☐     No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s). ___/___
_____/

8. WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the following relief: Resentencing is an available remedy under § 2241 petition. It also demonstrates that sometime it is necessary and approperiate to recalculate petitioner's sentencing guidelines in a § 2241 proceeding on the non-existing charged crimes (actual innocense) claim of illegal detention above maximum penalty (12-17) years.

**DECLARATION**

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

X  Feb 4th 2014                   X  Joseph C. Pepin
   (Date)                              Signature of Petitioner

**IF MAILED BY PRISONER:**

I declare or state under penalty of perjury that this petition was (check one):

☒ delivered to prison officials for mailing, or ☐ deposited in the prison's internal mail system on:
X  Feb 4th 2014 (date).

X  Joseph C. Pepin
   Signature of Petitioner

Revised 07/02